IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALAXONE) ANTITRUST LITIGATION : : : : : | MDL NO. 2445 13-MD-2445 |
| THIS DOCUMENT APPLIES TO: *Amneal Pharmaceuticals LLC v. Indivior Inc. et al., 16-cv-563* : : : : : | |

## ORDER

**AND NOW**, this 4th day of January, 2017, upon consideration of "Indivior, Inc.'s Partial Motion to Dismiss Amneal's Complaint" (Doc. No. 10), the response, reply and sur-reply thereto, following oral argument, and in accordance with accompanying Memorandum Opinion, it is hereby **ORDERED** that Indivior's motion to dismiss is **GRANTED** in part and **DENIED** in part as follows:

− Amneal's standalone delay claim relating to the REMS/SSRS process is **DISMISSED**.

− Amneal's Lanham Act False Advertising claim (Count 3) is **DISMISSED**.

− All claims against Reckitt Benckiser Pharmaceuticals Inc. and Indivior PLC are **DISMISSED**.

− Amneal may file an amended complaint to attempt to cure the deficiencies in its Lanham Act claim within thirty (30) days of the date of this Order.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**